# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INSOMNIAC HOLDINGS LLC, | Case No. C20-137-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME |
| CONSCIOUS ENTERTAINMENT GROUP LLC, et al. | |
| Defendants. | |

This matter comes before the Court on defendants' "Request for Extension to Respond to Complaint." Dkt. #9. Defendants move to extend their deadline to answer plaintiff's complaint to March 20, 2020. Having confirmed that plaintiff does not object to the motion, see Dkt. #11, the Court hereby GRANTS defendants' motion to extend time. Defendants shall file their answer on or before March 20, 2020.

DATED this 19th day of March, 2020.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1