1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSOMNIAC HOLDINGS LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CONSCIOUS ENTERTAINMENT GROUP LLC, et al.,<br><br>　　　　　Defendants. | Case No. C20-137-RSL<br><br>ORDER DENYING DEFENDANTS' MOTION TO STAY PROCEEDINGS |

　　　　This matter comes before the Court on defendants' "Motion to Stay District Court Proceedings Re: Coronavirus (COVID-19). Dkt. #13. On March 20, 2020, defendants moved to stay the proceedings in this case "until the emergency orders issued by this Court have been lifted and/or modified, or April 15, 2020, whichever is sooner." Id. at 2. The Court re-noted defendants' motion for April 10, 2020, in accordance with LCR 7(d)(3). See Dkt. #14. Plaintiff filed a response in opposition to defendants' motion on April 6, 2020. Dkt. #16.

　　　　Defendants' motion describes concerns regarding their ability to timely answer plaintiff's complaint due to the developing COVID-19 outbreak. However, defendants filed an answer and counterclaims on March 27, 2020. See Dkt. #15. Moreover, defendants' proposed stay expiration date of April 15, 2020 has arrived.

　　　　Although the Court is keenly aware of the unprecedented challenges posed by the current public health crisis, it finds a stay of proceedings unnecessary at this time. See Clinton v. Jones, 520 U.S. 681, 706 (1997) (citation omitted) ("The District Court has broad discretion to stay

ORDER DENYING MOTION
TO STAY PROCEEDINGS - 1

proceedings as an incident to its power to control its own docket."). Technological advances now facilitate remote legal work, including allowing for face-to-face interviews with clients and experts. The parties are instructed to continue litigating this matter to the extent safely possible, in accordance with the General Orders of this District. See generally Gen. Order Nos. 07-20, 02-20; see also Governor Jay Inslee, Proclamation No. 20-25.1 (Apr. 2, 2020).

Defendants' motion to stay proceedings (Dkt. #13) is DENIED.

DATED this 15th day of April, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
TO STAY PROCEEDINGS - 2