UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INSOMNIAC HOLDINGS, LLC, a Delaware limited liability company,

Plaintiff,

v.

CONSCIOUS ENTERTAINMENT GROUP, LLC d/b/a USC Events, a Washington limited liability company, and CHAD ANDERSON, an individual,

Defendant.

Case No. C20-0137 RSL

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS

This matter comes before the Court on plaintiff's unopposed "Motion to Dismiss Defendants' Counterclaims." Dkt. # 23. The motion is hereby GRANTED and each of defendants' counterclaims is DISMISSED with prejudice.

Dated this 16th day of June, 2020.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIMS (CASE NO. 2:20-cv-00137) – 1