UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSOMNIAC HOLDINGS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CONSCIOUS ENTERTAINMENT GROUP, LLC, et al.,<br><br>　　　　　　　Defendants. | NO. C20-0137RSL<br><br>ORDER |

On April 17, 2020, defendants' counsel was given leave to withdraw from the representation. Dkt. # 22. "Corporations and other unincorporated associations must appear in court through an attorney." *Licht v. Am. W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994). Defendants were informed of this requirement prior to the effective date of the withdrawal (*see* Dkt. # 21 at 3-4), but have not associated counsel to represent the corporate defendant, Conscious Entertainment Group, LLC.

Defendant Conscious Entertainment Group, LLC, shall appear in this action through counsel within seven days of the date of this Order. Failure to do so will result in the entry of a default against that defendant.

ORDER - 1

Dated this 16th day of June, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2