UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSOMNIAC HOLDINGS, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> CONSCIOUS ENTERTAINMENT GROUP, LLC, et al., <br><br> Defendants. | Case No. C20-0137RSL <br><br> ORDER |

On June 16, 2020, the Court granted plaintiff's motion to dismiss defendants' counterclaims. Defendants filed a motion for reconsideration on June 30, 2020.

The Clerk of Court is directed to renote defendants' motion for reconsideration (Dkt. #31) on the Court's calendar for Friday, July 10, 2020. Plaintiff may file a response on or before Wednesday, July 8, 2020. Defendants' reply, if any, is due on or before the note date.

DATED this 1st day of July, 2020.

_/s/ Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER - 1