The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSOMNIAC HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CONSCIOUS ENTERTAINMENT GROUP, LLC d/b/a USC EVENTS, a Washington limited liability company, and CHAD ANDERSON, an individual,<br><br>Defendants. | No. 2:20-cv-00137 RSL<br><br>STIPULATED MOTION AND ORDER CONTINUING DEFENDANTS' MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE<br><br>**CLERK'S ACTION REQUIRED** |

## STIPULATION

On June 30, 2020, Defendants filed a Motion for Reconsideration of the Court's Order Granting Plaintiff's Motion to Dismiss Defendants' Counterclaims. On July 1, 2020, the Court entered an Order directing the Clerk of the Court to renote Defendants' motion for reconsideration for Friday, July 10, 2020. (Dkt. 37). Due to counsel for Defendants being out of town from July 3 through July 12, Defendants' counsel requested that the motion be renoted

STIPULATED MOTION AND ORDER CONTINUING
DEFS.' MOT. FOR RECONSIDERATION - Page 1

1126389.1 - 367147 -0001
4846-3556-4737v.1 0107297-000007

**INSLEE BEST**
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

for July 17, 2020 and the response and reply deadlines be adjusted as described below. Plaintiff agreed. Therefore, the parties stipulate as follows:

1. Defendants' Motion should be renoted to July 17, 2020;

2. Plaintiff's Response will be due on July 15, 2020; and

3. Defendants' Reply will be due on July 17, 2020.

DATED this 2nd day of July, 2020.

    INSLEE, BEST, DOEZIE & RYDER, P.S.

By */s/ Mark S. Leen*
    Mark S. Leen, W.S.B.A. #35934
    Christopher W. Pirnke, W.S.B.A. #44378
    10900 NE 4th Street, Suite 1500
    Bellevue, WA 98004
    Tel: (425) 455-1234
    Email: cpirnke@insleebest.com
    Email: mleen@insleebest.com

    Attorneys for Defendants

DAVIS WRIGHT TREMAINE LLP

By */s/ Jaime Drozd Allen*
    Jaime Drozd Allen, WSBA #35742
    Jennifer K. Chung, WSBA #51583
    920 Fifth Avenue, Suite 3300 Seattle, WA 98104-1610
    Telephone: (206) 757-8039
    Fax: (206) 757-7039
    E-mail: jaimeallen@dwt.com
    Email: jenniferchung@dwt.com

    Attorneys for Plaintiff

STIPULATED MOTION AND ORDER CONTINUING DEFS.' MOT. FOR RECONSIDERATION - Page 2

1126389.1 - 367147 -0001
4846-3556-4737v.1 0107297-000007

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the stipulation above, it is SO ORDERED. |
| 3 | The Clerk of the Court is directed to renote Defendants' motion for reconsideration |
| 4 | (Dkt. 31) on the Court's calendar for July 17, 2020.  Plaintiff's Response will be due on July |
| 5 | 15, 2020 and Defendants' Reply will be due on July 17, 2020. |

Dated: July 6, 2020.

*/s/ M. S. Lasnik*
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION AND ORDER CONTINUING
DEFS.' MOT. FOR RECONSIDERATION - Page 3

1126389.1 - 367147 -0001
4846-3556-4737v.1 0107297-000007

**INSLEE BEST**
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com