THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSOMNIAC HOLDINGS, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CONSCIOUS ENTERTAINMENT GROUP, LLC d/b/a USC EVENTS, a Washington limited liability company, and CHAD ANDERSON, an individual,<br><br>　　　　　　　　　Defendants. | No.  2:20-cv-00137 RSL<br><br>**DECLARATION OF EDEN E. GOLDMAN IN SUPPORT OF DEFENDANT CONSCIOUS ENTERTAINMENT GROUP, LLC d/b/a USC EVENTS AND CHAD ANDERSON'S REPLY TO ITS MOTION TO QUASH SUBPOENAS TO COUNT ON THAT LLC AND SUMMIT ACCOUNTING SERVICES, LLC**<br><br>NOTED FOR CONSIDERATION:<br>May 7, 2021 |

I, Eden E. Goldman, declare as follows:

1.   I am over the age of eighteen, competent to be a witness herein and make this Declaration based upon my personal knowledge.  I am an attorney for Conscious Entertainment Group, LLC d/b/a/ USC Events and Chad Anderson, named Defendants in this case.

DECLARATION OF EDEN E. GOLDMAN ISO DEFENDANT CONSCIOUS ENTERTAINMENT GROUP, LLC d/b/a USC EVENTS AND CHAD ANDERSON'S REPLY TO ITS MOTION TO QUASH SUBPOENAS TO COUNT ON THAT LLC AND SUMMIT ACCOUNTING SERVICES, LLC
(CASE NO. 2:20-cv-00137) - 1

FALLON McKINLEY PLLC
A T T O R N E Y S   A T   L A W
155 NE 100TH STREET, SUITE 401
SEATTLE, WASHINGTON 98125
(206) 682-7580  FAX (206) 682-3437

2. Attached as **Exhibit A** is a true and correct copy of excerpts from Plaintiff's Answers to Defendant Conscious Entertainment Group, LLC's First Requests for Admission.

3. Attached as **Exhibit B** is a true and correct redacted copy of the 2019 Paradiso Festival settlement. While Defendants disagree, Insomniac has claimed it is confidential, so the unredacted version has been filed under seal in conjunction with this Reply.

I declare under penalty of perjury of the laws of the State of Washington that the foregoing testimony is true and correct.

EXECUTED in Seattle, Washington on May 7th, 2021.

*Eden E Goldman*
_____
Eden Goldman

DECLARATION OF EDEN E. GOLDMAN ISO DEFENDANT CONSCIOUS ENTERTAINMENT GROUP, LLC d/b/a USC EVENTS AND CHAD ANDERSON'S REPLY TO ITS MOTION TO QUASH SUBPOENAS TO COUNT ON THAT LLC AND SUMMIT ACCOUNTING SERVICES, LLC
(CASE NO. 2:20-cv-00137) - 2

FALLON McKINLEY PLLC
ATTORNEYS AT LAW
155 NE 100TH STREET, SUITE 401
SEATTLE, WASHINGTON 98125
(206) 682-7580  FAX (206) 682-3437

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2021, I electronically filed the following document(s):

1. DECLARATION OF EDEN E. GOLDMAN IN SUPPORT OF DEFENDANT CONSCIOUS ENTERTAINMENT GROUP, LLC d/b/a USC EVENTS AND CHAD ANDERSON'S REPLY TO ITS MOTION TO QUASH SUBPOENAS TO COUNT ON THAT LLC AND SUMMIT ACCOUNTING SERVICES, LLC AND ATTACHMENTS THERETO

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Attorneys for Plaintiff:**
Jaime Drozd Allen, WSBA #35742
Jennifer K. Chung, WSBA #51583
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
jaimeallen@dwt.com
jenniferchung@dwt.com

**Attorneys for Defendants Conscious Entertainment Group, LLC d/b/a USC Events and Chad Anderson:**
Mark S. Leen, WSBA #35934
Christopher W. Pirnke, WSBA #44378
Inslee, Best, Doezie & Ryder, P.S.
10900 N.E. 4th Street, Suite 1500
Bellevue, WA 98004
mleen@insleebest.com
cpirnke@insleebest.com

   /s/ Brooke Williams
BROOKE WILLIAMS
Fallon McKinley PLLC
brooke@fallonmckinley.com

DECLARATION OF EDEN E. GOLDMAN ISO DEFENDANT CONSCIOUS ENTERTAINMENT GROUP, LLC d/b/a USC EVENTS AND CHAD ANDERSON'S REPLY TO ITS MOTION TO QUASH SUBPOENAS TO COUNT ON THAT LLC AND SUMMIT ACCOUNTING SERVICES, LLC
(CASE NO. 2:20-cv-00137) - 3

FALLON McKINLEY PLLC
ATTORNEYS AT LAW
155 NE 100TH STREET, SUITE 401
SEATTLE, WASHINGTON 98125
(206) 682-7580  FAX (206) 682-3437