UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSOMNIAC HOLDINGS LLC,<br><br>                     Plaintiff,<br><br>     v.<br><br>CONSCIOUS ENTERTAINMENT<br>GROUP LLC ET AL,<br><br>                     Defendants. | CASE NO. 2:20-cv-00137-TL<br><br>ORDER ASSIGNING DISCOVERY<br>MOTIONS TO MAGISTRATE<br>JUDGE MICHELLE L. PETERSON |

This action is assigned to the Honorable Tana Lin, United States District Judge. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("Local MJR") 3, the Court hereby refers to Magistrate Judge Michelle L. Peterson all discovery matters in this action, including the following 12 pending motions: Dkt. Nos. 56, 71, 75, 86, 89, 95, 109, 110, 113, 115, 123, and 124. *See* 28 U.S.C. § 636(b)(1)(A); Local MJR 3(a). Federal Rule of Civil

Procedure 72(a) governs any objections to Magistrate Judge Michelle L. Peterson's rulings concerning any non-dispositive motions. *See* Fed. R. Civ. P. 72(a); Local MJR 3(b).

Accordingly, the Court ORDERS that the above-entitled action is referred to Magistrate Judge Michelle L. Peterson for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Magistrate Judge Michelle L. Peterson to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

IT IS SO ORDERED.

Dated this 27th day of January, 2022.

Tana Lin
United States District Judge