1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

11

INSOMNIAC HOLDINGS LLC,

CASE NO. 2:20-cv-00137-TL

12

Plaintiff,

v.

ORDER REGARDING PARTIES'
NOTICE OF SETTLEMENT &
STIPULATED MOTION TO STAY

13

CONSCIOUS ENTERTAINMENT
GROUP LLC ET AL,

14

15

Defendants.

16

17        In accordance with Local Civil Rule 11(b), the Parties notified the Court in a Notice of

18    Settlement and Stipulated Motion to Stay (Dkt. No. 132) that they have reached a settlement on

19    material terms and are in the process of preparing and finalizing a written settlement agreement.

20    Pursuant to Section VII of the Court's Standing Order for All Civil Cases, it is hereby:

21        ORDERED that Parties shall submit a stipulated dismissal, pursuant to Federal Rule of

22    Civil Procedure 41(a)(1)(A), **within thirty (30) days of this Order.**

23

24

ORDER REGARDING PARTIES'
NOTICE OF SETTLEMENT &
STIPULATED MOTION TO STAY - 1

1    If the Parties do not submit a stipulated dismissal by the above deadline, the Court will

2  enter its standard order of post-settlement dismissal, allowing the Parties to reopen the case if

3  they have not perfected the settlement agreement **within sixty (60) days of the dismissal order**.

4    It is further Ordered that all pending deadlines in this case, including the trial date, are

5  STRICKEN.

6    IT IS SO ORDERED.

7    Dated this 1st day of February, 2022.

8

9    _____
     Tana Lin
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER REGARDING PARTIES'
NOTICE OF SETTLEMENT &
STIPULATED MOTION TO STAY - 2