UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSOMNIAC HOLDINGS LLC, | Case No. C20-137-TL |
| Plaintiff, | |
| v. | ORDER |
| CONSCIOUS ENTERTAINMENT GROUP LLC, *et al.*, | |
| Defendants. | |

On February 1, 2022, the Honorable Tana Lin entered an Order "Regarding the Parties' Notice of Settlement and Stipulated Motion to Stay" noting that the parties have reached a settlement on material terms and are in the process of finalizing a written settlement agreement. (Dkt. # 133.) Pursuant to Judge Lin's Order, all pending deadlines in this matter were stricken, and the parties are required to submit a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) by March 2, 2022. (*Id.* at 1-2.)

Accordingly, based on the parties' notice of settlement (dkt. # 132) and Judge Lin's Order (dkt. # 133), this Court hereby STRIKES the parties' pending discovery motions (dkt. ## 56, 71, 75, 86, 89, 95, 109, 110, 113, 115, 123, 124) without prejudice to refiling should the parties fail to perfect their settlement agreement.

ORDER - 1

Dated this 1st day of February, 2022.

                                        *MJPeterson*
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2