The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INSOMNIAC HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CONSCIOUS ENTERTAINMENT GROUP, LLC d/b/a USC Events, a Washington limited liability company, and CHAD ANDERSON, an individual,<br><br>Defendant. | No. 2:20-cv-00137 TL<br><br>JOINT STATUS REPORT AND STIPULATED REQUEST FOR ADDITIONAL 30-DAY STAY PRIOR TO DISMISSAL<br><br>**Noted for Consideration:**<br>**March 2, 2022** |

The parties, through their respective counsel, provide the following joint status report and stipulated request for an additional 30-day stay.

On January 31, 2022, the parties filed a notice of settlement and requested the Court stay this matter for thirty (30) days to permit the parties to finalize the settlement agreement. ECF No. 132.  In an order dated February 1, 2022, the Court directed the parties to file a stipulation of dismissal within 30 days.  ECF No. 133.  The parties have been working diligently to finalize a written settlement agreement but have not yet finalized the agreement, in part due to the unexpected illness of one of the parties' counsel.

The parties respectfully request that the Court extend the stay for an additional 30 days so that the parties can file a stipulation of dismissal prior to the Court's dismissal.

JOINT STATUS REPORT (CASE NO. 2:20-cv-00137) - 1
4860-7926-3761v.3 0107297-000007

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   DATED this 2nd day of March, 2022.

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

By <u>*/s/ Jaime Drozd Allen*</u>
    Jaime Drozd Allen, WSBA #35742
    Jennifer K. Chung, WSBA #51583
    Lauren Dorsett, WSBA #
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Tel: (206) 757-8039
    Fax: (206) 757-7039
    Email:  jaimeallen@dwt.com
    Email:  jenniferchung@dwt.com
    Email:  laurendorsett@dwt.com

*Attorneys for Defendants Conscious Entertainment Group, LLC, d/b/a USC Events, and Chad Anderson*

BETTS, PATTERSON & MINES, P.S.

By: <u>*/s/ Dawna J. Campbell*
    *(per email authorization)*</u>
    Dawna J. Campbell, WSBA #27335
    Eden E. Goldman, WSBA #54131
    One Convention Place
    701 Pike Street, Suite 1400
    Seattle, WA  98101-3927
    Email:  dcampbell@bpmlaw.com
    Email:  egoldman@bpmlaw.com


INSLEE, BEST, DOEZIE & RYDER, P.S.

By: <u>*/s/ Mark S. Leen (per email authorization)*</u>
    Mark S. Leen, WSBA #35934
    Christopher W. Pirnke, WSBA #44378
    10900 N.E. 4th Street, Suite 1500
    Bellevue, WA  98004
    Tel: (425) 455-1234
    Fax: (425) 635-7720
    Email:  mleen@insleebest.com
    Email:  cpirnke@insleebest.com

JOINT STATUS REPORT (CASE NO. 2:20-cv-00137) - 2
4860-7926-3761v.3 0107297-000007

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

It is so ORDERED.

DATED this 2nd day of March, 2022.

_____
Tana Lin
United States District Judge

JOINT STATUS REPORT (CASE NO. 2:20-cv-00137) - 3
4860-7926-3761v.3 0107297-000007

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax