The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSOMNIAC HOLDINGS, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>       v.<br><br>CONSCIOUS ENTERTAINMENT GROUP, LLC d/b/a USC Events, a Washington limited liability company, and CHAD ANDERSON, an individual,<br><br>            Defendants. | No. 2:20-cv-00137 TL<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER<br><br>NOTED FOR CONSIDERATION:<br>April 4, 2022 |

## **STIPULATION OF DISMISSAL**

Plaintiff Insomniac Holdings, LLC ("Plaintiff") and Defendants Conscious Entertainment Group, LLC d/b/a USC Events and Chad Anderson ("Defendants"), by and through their respective attorneys, hereby stipulate and agree to the dismissal of all claims and counterclaims with prejudice. Each party will bear its own attorneys' fees and costs.

STIPULATION OF DISMISSAL
(CASE NO. 2:20-cv-00137-TL) - 1

DATED this 4th day of April, 2022.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | INSLEE, BEST, DOEZIE & RYDER, P.S. |
| By: */s/ Jaime Drozd Allen*<br>    Jaime Drozd Allen, WSBA #35742<br>    Lauren Dorsett, WSBA #43110<br>    Jennifer K. Chung, WSBA #51583<br>    920 Fifth Avenue, Suite 3300<br>    Seattle, WA  98104-1610<br>    Tel: (206) 757-8039<br>    E-mail: jaimeallen@dwt.com<br>    E-mail: laurendorsett@dwt.com<br>    E-mail: jenniferchung@dwt.com<br><br>Attorneys for Plaintiff | By: */s/ Mark S. Leen (per email)*<br>    Mark S. Leen, WSBA #35934<br>    Christopher W. Pirnke, WSBA #44378<br>    10900 NE 4th Street, Suite 1500<br>    Bellevue, WA 98004<br>    Tel: (425) 455-1234<br>    Email: cpirnke@insleebest.com<br>    Email: mleen@insleebest.com<br><br>BETTS PATTERSON & MINES<br><br>By: */s/ Dawna J. Campbell (per email)*<br>    Dawna J Campbell, WSBA # 27335<br>    Eden Esther Goldman, WSBA # 54131<br>    One Convention Place<br>    701 Pike Street, Suite 1400<br>    Seattle, WA  98101<br>    Email: dcampbell@bpmlaw.com<br>    Email: egoldman@bpmlaw.com<br><br>Attorneys for Defendants |

**ORDER**

It is so ORDERED.

DATED this 5th day of April, 2022.

_____
Tana Lin
United States District Judge